1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

FILED

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| 8744 Vytina Drive, Elk Grove, CA | 2:18-SW-0226 EFB, |
| 10170 Patti Way, Elk Grove, CA | 2:18-SW-0227 EFB, |
| 7960 Tierra Glen Way, Sacramento, CA | 2:18-SW-0228 EFB, |
| 9043 Pembridge Drive, Elk Grove, CA | 2:18-SW-0229 EFB, |
| 9445 Medstead Way, Elk Grove, CA | 2:18-SW-0230 EFB, |
| 7661 Fey Way, Elk Grove, CA | 2:18-SW-0231 EFB, |
| 8061 Maybelline Way, Sacramento, CA | 2:18-SW-0232 EFB, |
| 8885 Monterey Oaks Drive, Elk Grove, CA | 2:18-SW-0233 EFB, |
| 4713 Laguna West Way, Elk Grove, CA | 2:18-SW-0234 EFB, |
| 6426 Fuego Way, Elk Grove, CA | 2:18-SW-0235 EFB |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

1  IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
2  ordered unsealed.

3  Dated: 4/24/2019

   _____
   The Honorable Carolyn K. Delaney
   UNITED STATES MAGISTRATE JUDGE